Certificate Number: 05781-PAE-DE-040776679

Bankruptcy Case Number: 21-11704



05781-PAE-DE-040776679

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2026, at 8:27 o'clock AM PDT, Christopher Jackson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 25, 2026                      By:      /s/Allison M Geving

                                            Name:   Allison M Geving

                                            Title:   President