**Fill in this information to identify the case:**

Debtor 1    **CHRISTOPHER  J. JACKSON**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:  **Eastern District of Pennsylvania**

(State)

Case Number    **21-11704-PMM**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**  PNC BANK,N.A.

**Court claim no.**  (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account:   8   8   9   1

**Property Address:**    1145 NESHAMINY AVENUE
Number        Street

OAKSFORD                                                PA      19053
City                                                         State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

|  | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $          85.76 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $          85.76 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $          -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $          85.76 |

**Part 4:**  **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ _____ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:**  **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ _____ -0-

**Part 6:**  **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West _____   Date   06/17/2026
Signature

Trustee   Kenneth E. West _____
First Name          Middle Name          Last Name

Address   190 N. Independence Mall West, Suite 701 _____
Number       Street

Philadelphia _____ PA    19106 ____
City                                  State    ZIP Code

Contact phone  (215) 627-1377 _____   Email  info@ph13trustee.com _____

| Debtor 1 | **CHRISTOPHER  J. JACKSON** | Case Number **21-11704-PMM** | Page 1 |
|---|---|---|---|
| | Name | | |

## History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 4 | PNC BANK,N.A. | Secured Arrears Mortgage | 07/12/2022 | 3012570 | Disbursement To Creditor/Principal | 16.22 |
| 4 | PNC BANK,N.A. | Secured Arrears Mortgage | 05/09/2023 | 3024944 | Disbursement To Creditor/Principal | 15.47 |
| 4 | PNC BANK,N.A. | Secured Arrears Mortgage | 03/12/2024 | 4003117 | Disbursement To Creditor/Principal | 15.29 |
| 4 | PNC BANK,N.A. | Secured Arrears Mortgage | 01/15/2025 | 4012063 | Disbursement To Creditor/Principal | 16.70 |
| 4 | PNC BANK,N.A. | Secured Arrears Mortgage | 11/19/2025 | 4020624 | Disbursement To Creditor/Principal | 15.30 |
| 4 | PNC BANK,N.A. | Secured Arrears Mortgage | 04/15/2026 | 4024931 | Disbursement To Creditor/Principal | 6.78 |
| | | | | | Total for Claim Number 4: | 85.76 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **85.76** |