United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-11704-pmm

Christopher J. Jackson                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Jun 25, 2026                  Form ID: 138OBJ                        Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Christopher J. Jackson, 1145 Neshaminy Avenue, Oaksford, PA 19053-3629 |
| 14617135 | | International Fidelity, c/o John R. Keating, Esq. Amato and KEat, 107 N Commerce Way, Bethlehem, PA 18017-8913 |
| 15006904 | + | PNC Bank, National Association, c/o Matthew Fissel,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14617137 | | Univest Bank & Trust Co., 14 N Main St, Souderton, PA 18964-1713 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Jun 26 2026 01:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 26 2026 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14623022 | + | Email/Text: bankruptcy@jomaxrecovery.com | Jun 26 2026 01:09:00 | International Fidelity Insurance Company, c/o Jomax Recovery Services, 9242 W. Union Hills Drive #102, Peoria, AZ 85382-8219 |
| 14617136 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 01:08:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14628172 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 26 2026 01:08:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15006422 | ^ | MEBN | Jun 26 2026 00:59:57 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14617138 | | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Jun 26 2026 01:03:10 | Wells Fargo, PO Box 10368, Des Moines, IA 50306-0368 |
| 14617096 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 26 2026 01:02:51 | Wells Fargo Bank, N.A., MAC Q2132-023, PO Box 94423, Albuquerque NM 87199-4423 |
| 14616840 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jun 26 2026 01:02:33 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 14623302 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 26 2026 01:02:32 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14749883 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jun 26 2026 01:02:51 | Wells Fargo N.A. Personal Lending, P.O. Box 564300, Charlotte, NC 28256-4300 |
| 14617139 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 26 2026 01:02:51 | Wells Fargo Visa Signature, PO Box 10347, Des Moines, IA 50306-0347 |

District/off: 0313-2    User: admin    Page 2 of 2
Date Rcvd: Jun 25, 2026    Form ID: 138OBJ    Total Noticed: 16
TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14618984 | | 21-11704 |
| 14617134 | | 21-13672 |
| 14618985 | * | International Fidelity, c/o John R. Keating, Esq. Amato and KEat, 107 N Commerce Way, Bethlehem, PA 18017-8913 |
| 14618986 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14618987 | * | Univest Bank & Trust Co., 14 N Main St, Souderton, PA 18964-1713 |
| 14618988 | * | Wells Fargo, PO Box 10368, Des Moines, IA 50306-0368 |
| 14618989 | * | Wells Fargo Visa Signature, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Christopher J. Jackson mcculloughheisenberg@gmail.com cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC BANK  NA bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Christopher J. Jackson support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)–doc 59 – 55

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
   Christopher J. Jackson                        )          Case No. 21–11704–pmm
   aka Christopher John Jackson                 )
                                        )
   Debtor(s).                                   )          Chapter: 13
                                        )
                                        )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 25, 2026                                        For The Court

                                                            Mohung Wong
                                                            Clerk of Court